# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, | )<br>)<br>) No. 2:14-CV-04058-NKL |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ALLEN PAUK and NATIONAL FINANCIAL SERVICES LLC, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Pursuant to Rule 65(b) and (d) of the Federal Rules of Civil Procedure, upon consideration of Plaintiff's Complaint [Doc. 1], Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 4], Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 5], and the March 6, 2014 Declaration of Marc Schoenecker [Doc. 6], and in light of the Stipulation of the parties [Doc. 19], as well as Defendant Pauk's Answer and Counterclaim [Doc. 15] it is hereby ORDERED (a) that Plaintiff's Motion for Temporary Restraining Order is deemed withdrawn; and (b) that Plaintiff's Motion for Preliminary Injunction is GRANTED as follows:

Until further order of the Court, Defendants Allen Pauk and National Financial Services LLC are hereby enjoined from dissipating, transferring, pledging, spending, disposing of, or encumbering any further portion of the balance of the National Financial Services IRA Account No. XXXXX1500 ("NFS IRA"), which was originally funded on February 1, 2014 with a $309,585.32 rollover distribution from the GTE Midwest Incorporated Plan for Hourly-Paid Employees' Pensions (hereinafter, the "Pension Plan"), which is a component of the Verizon Pension Plan for Mid-Atlantic and South Associates, but which the parties acknowledge Allen

Pauk previously withdrew $30,000 prior to notice and institution of this proceeding, and it being acknowledged that the balance has also fluctuated, and notwithstanding this Order the balance will permissibly fluctuate, based on investment gains and losses and any applicable fees charged in the ordinary course related to the NFS IRA. This Preliminary Injunction shall apply to Defendants Allen Pauk and National Financial Services LLC and their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with Defendants Allen Pauk and National Financial Services LLC.

In accordance with the foregoing, the Plaintiff's Motion for Temporary Restraining Order is deemed withdrawn and the Motion for Preliminary Injunction [Doc. 4] is GRANTED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 14, 2014
Jefferson City, Missouri